# Exhibit A

**DECLARATION OF O.D.R.**

I, O.D.R., swear that the following is true and correct to the best of my knowledge and ability:

1. My name is O.D.R. I am a citizen of Honduras.
2. I was born and raised in Honduras, in a small rural farming community. After I completed school at age 16, I worked with my father in the fields. In about 2005, one of my brothers and I decided to come to the United States to find work, because our family was struggling in Honduras. I was about 21 years old when I arrived to the United States.
3. From about 2005 to 2014, I lived in Maryland. I worked in the restaurant and construction industries.
4. In about 2006-2007, I met R.B.M.M. through mutual friends. We never legally married, but we are partners in life and lived together as a couple. R. and I lived together until 2014, along with one of my brothers, R.'s daughter D.—who is like my step-daughter—and D.'s two sons. I love D. and her sons like my own family and have always helped R. and D. raise the boys.
5. In 2014, I was deported to Honduras. On the day I arrived in Honduras, men approached me at the bus stop in Tegucigalpa where I was waiting to start the journey back to my parents' home. I did not know the men, but recognized them as MS-13 members based on their clothes and tattoos. They threatened me and showed me that they were armed.
6. When I got back to my parents' home, MS-13 members followed, even though they do not usually have a presence in that town. Multiple times, my brothers told me that there were men asking for me by name and that I needed to be careful.
7. Fearing for my life, I got on a bus to Guatemala with my cousin Walter, but one of the men who had threatened me in Tegucigalpa followed us onto the bus and followed us to our hotel in Guatemala.
8. The next day, Walter and I made it into Mexico. We met a man named Luis Alberto Zuniga and he offered to help guide us to the U.S. border, since we did not know the way. We had no idea at the time, but we later learned that Luis Alberto was involved with the Zetas cartel.
9. Walter, Luis Alberto, and a group of other migrants all got on the train to head north towards the United States. That night, the train stopped and a group of men jumped onto the train. In the moonlight I could see their faces and recognized the MS-13 member who had threatened me in Tegucigalpa and then followed me to Guatemala, so I knew the group was MS-13.
10. The gang members were all carrying guns and one had a machete. They singled out Luis Alberto and pulled him and a few other people, including me, aside. The MS-13 members asked me if I was working with Luis Alberto and I said no.
11. The MS-13 members shot Luis Alberto and beat me with the machete. I lost consciousness and did not wake up until the morning. Walter thought I had died.

12. When I woke up, Mexican police were there. There were also dead bodies—I learned that after MS-13 had beaten me unconscious, they had shot several people. The Mexican police told me I was in danger and that I would be killed by the gang members if they found out I was still alive.
13. At the next train stop, Walter and I got off to try and get medical help for me, but there was a group of men waiting for us. The men said they had heard about the killing and grabbed me, Walter, and a few other of the migrants with us. They took us to a house and interrogated us about what happened with the MS-13 members. One of the men told me they were with the Zetas cartel and that Luis Alberto had been a cartel member as well.
14. The Zetas held us for weeks. I never got any medical help for my injuries, even though I had intense head pain. The Zetas made my family pay a ransom and they also took my photo to use as leverage against my family.
15. Eventually, I made it back to Maryland, and to R. and our family. I had to start taking medication every day because of chronic head pain from my experiences in Mexico.
16. I heard from my family that they received threats naming me even after I made it back to the United States. My family tried to report it to the Honduran police, but the police refused to help.
17. In 2019, I was detained by ICE. My attorney and I went to court and I told the immigration judge everything that had happened to me. Thankfully, the judge granted me protection, called withholding of removal. After I won my case, I was released and I was able to go home to R. and our family in Maryland.
18. When I was released, I got an order that said I had to go check in with ICE. For the next six years, I always checked in when I was scheduled and did not have any trouble. I lived with R., we raised our grandchildren, and I worked.
19. On May 16, 2025, I was scheduled to go check in with ICE. I was nervous because I knew more people were being detained, but I thought everything would be okay because I had already won my case and had been checking in with ICE without any problems for many years.
20. I went to the Baltimore ICE office, like usual. I checked in with the ICE officer, and I was shocked when they told me that I was going to be detained. I told them I had won my case, but they did not say why they were detaining me.
21. The ICE officers didn't tell me anything, but they put me in a cell in the ICE office in Baltimore. There were other men in the cell too and it was cold in the cell.
22. I was able to call R. and tell her I had been detained. I told her that I did not know what was happening, because no one from ICE was telling me anything. I did not know if something had changed or why I was suddenly arrested after years of following my check-in order.
23. Things in the Baltimore cells were very hard to see with my own eyes. There were lots of people in a small space, so people didn't have room to move around. There was nothing in the cell except a concrete bench around the edge and a toilet in the corner. ICE did not give

us enough food. We got some food a few times that day, but it was very small and I think there was something wrong with it, because after I ate it, I started having stomach pain. My stomach hurt a lot and did not stop hurting for many days.

24. I was in Baltimore for about a day and then ICE put me on a plane and took me to Louisiana. It took a few days for me to be able to call R., but I was able to eventually call her and tell her where I was.

25. In Louisiana, I still did not know what was happening. No one told me why I had been detained or what was going to happen to me. I did not see any judges or anyone except the ICE officers and guards at the facility in Louisiana.

26. On May 30, 2025, in the nighttime, ICE came and got me and put me on a plane. I asked where we were going and they didn't tell me. When we landed in the morning of May 31, 2025, though, we were in Honduras.

27. I was so afraid to be back in Honduras because of all the threats on my life. I was also so confused, because the immigration judge in 2019 had ordered that I could not be deported to Honduras anymore, that's why I had been given withholding of removal.

28. I was able to borrow a phone and call my parents. I took the bus all the way back to my parents' home, because I had no where else to go in Honduras. Since arriving though, I have stayed in their house almost all the time, because I am too afraid to go outside. I am afraid that people will learn I am back and that MS-13 will come back for me. I am afraid that my family will get more threats and that we will be hurt by MS-13 or the Zetas cartel. I know the Honduran police won't do anything to protect us, so I am afraid that MS-13 or the Zetas will kill us and no one will do anything.

29. I miss R. and our family every day. Thankfully, I can talk to them on the phone regularly, but it is so hard to be away from them. They need me—I helped support the family financially and was always very involved in raising our grandchildren.

I have read and reviewed this information in my native language of Spanish and it is all true and correct.

/s/ O.D.R.                                              11/18/2025

O.D.R.                                                  Date