# Exhibit B

**DECLARATION OF R.B.M.M.**

I, R.B.M.M., swear that the following is true and correct to the best of my knowledge and ability:

1. My name is R.B.M.M. I am a citizen of El Salvador and I am the partner of O.D.R. We met in Baltimore, Maryland around 2006-2007 and we lived together as partners until 2014 with O's brother, my daughter D.Y., and my two grandsons.
2. In 2014, O. was sent back to Honduras. After he arrived back in Honduras, O. told me he was scared because he was being followed and hunted by gang members. I was panicked about what would happen to him if he stayed in Honduras.
3. O. came back to the U.S. and was attacked and beaten on the way back. When O. arrived in Baltimore, I saw that he had been beaten horribly.
4. O. and I continued to live together as partners, raising our grandchildren along with my daughter.
5. O. was detained in 2019, but thankfully he was granted protection by an immigration judge. He was released after he won his case and he came back to live with me. We again continued to live together in Maryland, living as a family and raising our grandchildren.
6. For the next six years, O. had to go check in sometimes with ICE, but each time he did his check-ins and then came home.
7. On May 16, 2025, though, O. had another check-in with ICE. I was nervous, but he had never had issues before, so I thought it would be okay. But O. called me that day and told me he had been detained at his check-in and that ICE was keeping him in the cells at the Baltimore ICE office.
8. O. was held in Baltimore for about one day. When I talked to him on the phone, he told me he didn't know why he was being held or what had changed, but he told me things were very bad in the Baltimore office. He told me that ICE did not give him enough food. He also said there was something wrong with the food he was receiving because it was making his stomach hurt a lot.
9. I was so worried. We did not know why he had been detained all of a sudden. I didn't understand how he could be detained if he won his case and had not had any problems after he was released in 2019.
10. O. then called me and told me he had been sent to Louisiana. He told me that he didn't know why he had been sent to Louisiana or what was happening, but I was grateful he was able to call me.
11. In early June, I got a call from O. He told me he was back in Honduras. He told me that ICE had sent him back to Honduras during the night on May 30 and that he was hiding at his parents' house.
12. Since that time, we talk on the phone regularly. O. told me he is too afraid to leave the house, and I am panicked that the people who hurt him before will find him again.

13. I do not understand how he could be sent back to Honduras after he won his case with the immigration judge in 2019. I feel horrible all the time. I cry myself to sleep every night and have headaches from all the stress.
14. I don't know what to tell our grandchildren. They love O. like their own father and they have all been acting very sad and tired since O. was detained in May.

I have read and reviewed this information in my native language of Spanish and it is all true and correct.

/s/ R.B.M.M.                                                11/17/2025

R.B.M.M.                                                    Date